

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

James F. Horton
212.583.2688 direct
212.583.9600 main
jfhorton@littler.com

October 11, 2022

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

>    Re:   **Elizabeth Berry v. Mediacom Communications Corp.,**
>          **Case No. 22-CV-5183 (MKV)**

Dear Judge Vyskocil:

As Your Honor is aware, this firm represents Defendant Mediacom Communications Corp. in the above-referenced matter.  We write jointly with counsel for the Plaintiff Elizabeth Berry to inform the Court that the parties have reached a settlement in principle, pending execution of a full settlement agreement.  As such, the Parties respectfully request that this matter be removed from the active calendar and that the Parties be provided 30 days to file a motion approving the settlement.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

/s/
James F. Horton

cc:   Counsel for Plaintiff (via ECF)

littler.com