```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH BERRY,

                Plaintiff,

-against-

MEDIACOM COMMUNICATIONS CORP.,

                Defendant.

1:22-cv-5183-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' revised settlement agreement. [ECF No. 26]. The Parties are directed to appear for a settlement approval hearing on April 5, 2023, at 2:30 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Date: **February 15, 2023**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1