USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH BERRY,<br><br>                Plaintiff,<br><br>-against-<br><br>MEDIACOM COMMUNICATIONS CORP.,<br><br>                Defendant. | 1:22-cv-5183-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The settlement approval hearing scheduled for April 5, 2023 at 2:30 PM is hereby rescheduled to 3:00 PM that same day.

**SO ORDERED.**

**Date: March 28, 2023**
**New York, NY**

                                                        */s/ Mary Kay Vyskocil*
                                                        **MARY KAY VYSKOCIL**
                                                        **United States District Judge**