USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH BERRY,

Plaintiff,

-against-

MEDIACOM COMMUNICATIONS CORP.,

Defendant.

1:22-cv-5183-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Parties previously informed the Court that they had reached an agreement to settle this case. [ECF No. 22]. The Court twice declined to approve the settlement agreement for the reasons detailed in its prior opinions [ECF Nos. 23, 25], which resulted in the Parties submitting an amended settlement agreement [ECF No. 26-1]. The Court has reviewed the amended settlement agreement for fairness in accordance with the Fair Labor Standards Act and Second Circuit law. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Considering the totality of the circumstances, the Court finds that the settlement is fair and reasonable. However, on consent of the parties and for the reasons discussed at the Settlement Approval Hearing on April 5, 2023, Plaintiff's counsel will not be awarded any fees from the settlement.

**SO ORDERED.**

**Date:  April 6, 2023**
**      New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**