```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH BERRY,

            Plaintiff,

-against-

MEDIACOM COMMUNICATIONS CORP.,

           Defendant.

1:22-cv-5183-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    For the reasons discussed in a separate Order [ECF No. 31], the settlement in this case is approved, and the Court ORDERS that the case be dismissed with prejudice. The Clerk of Court is respectfully requested to terminate all pending motions, adjourn any remaining dates, and close this case.

**SO ORDERED.**

Date: April 6, 2023
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**